UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 22-6819 MWF (RAOx)**                Dated:  April 7, 2023

Title:  GS HOLISTIC, LLC v. MAIN SMOKE SHOP LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Vanessa Figueroa for Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

  None Present                                                  None Present

PROCEEDINGS (IN CHAMBERS):  COURT ORDER

In light of the Notice of Settlement filed April 6, 2023, the Court continues the current Show Cause Hearing of April 10, 2023 to an Order to Show Cause Re Dismissal on **May 22, 2023 at 11:30 a.m**.  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

**IT IS SO ORDERED.**